IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAY CHRIS MOBLEY,

    Plaintiff,

v.                            CASE NO.   5:11cv205-RH/GRJ

FRANK BAILEY et al.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 12.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is DISMISSED without prejudice."  The clerk must close the file.

SO ORDERED on January 3, 2012.

                                       s/Robert L. Hinkle
                                       United States District Judge